798

Clyde GILBERT

v.

STATE.

No. 27532.

Court of Criminal Appeals of Texas.

March 9, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Passing a forged instrument is the offense; the punishment, four years in the penitentiary.

Accompanying the record is the affidavit of appellant requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.